**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BOBBIE A. FELTON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 16-3533** |
| | : | |
| **CAROLYN W. COLVIN** | : | |

## ORDER

**AND NOW**, this 21st day of February 2017, upon consideration of Plaintiff's Request for review (ECF Doc. No. 9), Defendant's Response (ECF Doc. No. 12), United States Magistrate Judge Jacob P. Hart's February 1, 2017 Report and Recommendation (ECF Doc. No. 14) with no objections, and upon review of Judge Hart's findings regarding the need to review Dr. Joseph Wieliczko's report as to allow us to find whether the Administrative Law Judge analyzed all the evidence and explained the weight given to probative exhibits, it is **ORDERED**:

1.       Judge Hart's Report and Recommendation (ECF Doc. No. 14) is **adopted**;

2.       The request for review (ECF Doc. No. 9) is **GRANTED in part and DENIED in part** consistent with Judge Hart's Report and Recommendation;

3.       We **remand** consistent with Judge Hart's Report and Recommendation (ECF Doc. No. 14) for deliberate consideration of Dr. Wieliczko's report; and,

4.       The parties shall make every effort to expedite this process and the Commissioner shall file status memoranda on the progress of this resolution on **March 30, 2017**, **May 12, 2017**, **July 7, 2017**, **September 5, 2017** and every thirty (30) days thereafter until final resolution including by the Administrative Law Judge.

**KEARNEY, J.**